UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 8A

| | |
|---|---|
| Titan Tire Corporation, | |
| Plaintiff, | Court No. 24-00207 |
| v. | |
| United States, | |
| Defendant. | |

# STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: September 26, 2025

/s/ Jennifer M. Smith-Veluz
Jennifer M. Smith-Veluz
Attorney for Plaintiff
Butzel Long P.C.
1909 K Street, N.W., Suite 860
Street Address
Washington, DC 20006
City, State and Zip Code
(202) 454-2885
Telephone No.

/s/ Sosun Bae
Sosun Bae
Attorney for Defendant
U.S. Department of Justice Commercial Litigation
Branch-Civil Division, P.O. Box 480, Ben Franklin Station
Street Address
Washington, DC 20044
City, State and Zip Code
(202) 305-7568
Telephone No.

Dated:  September 26, 2025

                                                           */s/ John M. Gurley*
                                                           John M. Gurley
                                                           ArentFox Schiff LLP
                                                           1717 K Street, NW
                                                           Washington, DC 20006
                                                           (202) 857-6301

                                                           *Counsel for Defendant-Intervenors Balkrishna*
                                                           *Industries Limited and Government of India*

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)